IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>RICHARD D. MORGAN,<br><br>                      Defendant. | 8:05CR61<br><br>ORDER |

Before the court is the Unopposed Motion to Withdraw as Counsel for Defendant [82] filed by CJA appointed attorney, Jeffrey P. Heineman. Mr. Heineman requests leave to withdraw as counsel for the defendant because he is taking a position which requires him to withdraw from all active cases. For good cause shown, the court will grant the motion and appoint Michael J. Decker as substitute counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED that the Unopposed Motion to Withdraw as Counsel for Defendant [82] is granted. Jeffrey P. Heineman is granted leave to withdraw as counsel. Michael J. Decker is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Michael J. Decker.

DATED this 10th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge