# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD D. MORGAN

    Defendant.

8:05CR61

ORDER

The government has filed a Motion to Dismiss [Filing No. 89] the Petition for Offender Under Supervision [Filing No. 70]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 70, filed herein, is dismissed, without prejudice.

Dated this 3rd day of April 2019.

BY THE COURT:

Laurie Smith Camp
Senior United States District Judge